BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00097 SBA |
|---|---|
| Plaintiff, | ) ORDER CHANGING DATE FOR<br>) DETENTION HEARING |
| vs. | ) |
| JODIAH SCOTT PORTER, | ) Current Date: Friday, Sept. 16, 2005<br>) Requested Date: Thursday, Sept. 15, 2005 |
| Defendant. | ) |

Mr. Porter initially appeared before this Court on Tuesday, September 13, 2005. A detention hearing was set for Friday, September 16, 2005. Counsel for Mr. Porter has a conflict on Friday, September 16. All counsel and the Pretrial Services Officer are available and able to appear for the detention hearing on Thursday, September 15, 2005. Therefore, good cause appearing, IT IS HEREBY ORDERED THAT the detention hearing in the above matter is moved to Thursday, September 15, 2005 at 10:00 a.m.

IT IS SO ORDERED.

September 14, 2005
Date

Honorable Wayne D. Brazil
Magistrate Judge, United States District Court

Order changing dtn hrg date, 05-0097 SBA        1