BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0097 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER SETTING |
| ) | NEXT APPEARANCE AND EXCLUDING |
| vs. ) | TIME |
| ) | |
| JODIAH PORTER, ) | Requested Date: Tuesday, October 11, 2005 |
| ) | Requested Time: 9:00 a.m. |
| Defendant. ) | |
| ) | **E-FILING** |

The parties in the above-captioned matter were scheduled to appear before the Court on Tuesday, September 27, 2005, but Mr. Porter was not brought to Court, so the appearance did not take place. The appearance would have been Mr. Porter's initial appearance before this Court. Ms. Silbert, counsel for Mr. Porter, will be out of the office on a previously-scheduled family vacation until October 6, and is therefore unavailable on Tuesday, October 3. In addition, the government is continuing to collect discovery, and intends to provide additional discovery to the defense in the next week. Ms. Silbert will review that discovery and provide it to Mr. Porter upon her return to the office. The parties therefore stipulate and agree that the matter should be continued to Tuesday, October 11 at 9:00 a.m.

In addition, for the foregoing reasons, the parties further stipulate and agree that the ends

1  of justice served by the continuance requested herein outweigh the best interest of the public and
2  the defendant in a speedy trial because the failure to grant the continuance would deny the
3  counsel for the defendant the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence, and would deny the defendant continuity of counsel.  Ms.
5  Silbert will be unavailable for over a week, and both Ms. Silbert and Mr. Porter need to review
6  the forthcoming discovery before any further decisions can be made.  The parties therefore
7  stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and
8  (B)(iv).

9        9/27/05                                                          /S/
10  _____              _____
    Date                                                Rebecca Sullivan Silbert
11                                                          Assistant Federal Public Defender
        9/27/05
12                                                                            /S/
   _____              _____
13  Date                                               Steve Corrigan
                                                           Assistant United States Attorney
14

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this efiled document.
16
         Based on the reasons provided in the stipulation of the parties above, the Court hereby
17
    FINDS that the ends of justice served by the continuance requested herein outweigh the best
18
    interest of the public and the defendant in a speedy trial because the failure to grant the
19
    continuance would deny the counsel for the defendant the reasonable time necessary for effective
20
    preparation, taking into account the exercise of due diligence, and because failure to grant the
21
    continuance would deny the defendant continuity of counsel.  The Court makes this finding
22
    because counsel for Mr. Porter will be unavailable, and because the government has not yet
23
    collected complete discovery, so Mr. Porter and his counsel need time to receive and review that
24
    discovery.
25
    //
26

Stip setting date and excluding time, 05-0097
SBA                                                              2

1 | Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
2 | is continued to October 11, 2005 at 9:00 a.m., and that time is excluded from September 27,
3 | 2005 to October 11, 2005 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

5 | IT IS SO ORDERED.

7 | _9/28/05_  
Date

*Saundra B Armstrong*  
Honorable Saundra Brown Armstrong  
Judge, United States District Court  
Northern District of California

Stip setting date and excluding time, 05-0097
SBA                    3