```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant PORTER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0097 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER SETTING NEXT APPEARANCE AND EXCLUDING TIME |
| vs. | ) | |
| JODIAH PORTER, | ) | Requested Date: Tuesday, December 6, 2005 |
|  | ) | Requested Time: 11:00 a.m. |
| Defendant. | ) | **E-FILING** |

The parties to the above-captioned matter made their first appearance in this Court on October 11, 2005. At that time the Court set a motions schedule, requiring the defense to file its motion on November 8, 2005, and setting the motion hearing for December 13, 2005. The parties have reached a resolution of this case, and are in agreement on all key terms although the agreement has not yet been reduced to writing. Because of the agreement, the defense will not be filing its motion. The parties do not anticipate any delay in preparing the change of plea documents. However, on November 14, 2005 counsel for Mr. Porter will be starting a three week trial before the Honorable Judge Wilken in case number CR 04-40016 CW. Counsel for Mr. Porter will therefore be unavailable through December 2, 2005. The parties therefore jointly request that this matter be placed on the Court's next available date, which is Tuesday,

1  December 6, 2005 at 9:00 a.m., for change of plea.

2  In addition, the parties stipulate and agree that the ends of justice served by the
3  continuance requested herein outweigh the best interest of the public and the defendant in a
4  speedy trial because the failure to grant the continuance would deny the defendant continuity of
5  counsel.   Because of the trial, Ms. Silbert will be unavailable from November 14, 2005 through
6  December 2, 2005.  The first possible appearance date after Ms. Silbert becomes available is
7  Tuesday, December 6.  The parties therefore stipulate and agree that time from November 14,
8  2005 through December 6, 2005 should be excluded for continuity of counsel, pursuant to 18
9  U.S.C. §§ 3161(8)(A) and (B)(iv).

10

11                                                                            /S/
12  _____
    Date: 11/8/05                                                  Rebecca Sullivan Silbert
13                                                                            Assistant Federal Public Defender

14

15
                                                                              /S/
16  _____
    Date: 11/8/05                                                  Steve Corrigan
17                                                                            Assistant United States Attorney

18

19

20  Based on the reasons provided in the stipulation of the parties above, the Court hereby
21  FINDS that the ends of justice served by the continuance requested herein outweigh the best
22  interest of the public and the defendant in a speedy trial because the failure to grant the
23  continuance would deny the defendant continuity of counsel.  The Court makes this finding
24  because counsel for Mr. Porter will be unavailable from November 14, 2005 to December 2,
25  2005, and the first possible appearance date is December 6, 2005.  Based on these findings, IT IS
26  HEREBY ORDERED THAT the above-captioned matter is continued to December 6, 2005 at

Stip cont to Dec 6 for change of plea, and
excluding time, 05-0097 SBA                                        2

1  9:00 a.m. for change of plea, and that time is excluded from November 14, 2005 to December 6,
2  2005 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

4  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
5  "conformed" signature (/S/) within this efiled document.

7  IT IS SO ORDERED.

9  11/14/05                              *Saundra B Armstrong*
   Date                                  Honorable Saundra Brown Armstrong
10                                       Judge, United States District Court
                                         Northern District of California