STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0097 SBA |
| ) | |
| Plaintiff, ) | STIPULATION VACATING DETENTION |
| ) | HEARING |
| vs. ) | |
| ) | |
| JODIAH PORTER, ) | Date: January 29, 2015 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Court: Hon. Kandis A. Westmore |
| _____ ) | |

     This matter is currently scheduled for a detention hearing on January 29, 2015 at 9:30 a.m. Defense counsel has met with Mr. Porter and he will not be seeking release during the pendency of the Form 12 petition. Accordingly, the parties agree that the January 29, 2015 detention hearing before Magistrate Judge Westmore should be vacated. The case is already scheduled for initial appearance regarding the pending Form 12 petition before Judge Armstrong on February 11, 2015.

Date: January 28, 2015      /s/ Ned Smock
                                           NED SMOCK
                                           Assistant Federal Public Defender

Date: January 28, 2015      /s/ Thomas Green
                                           THOMAS GREEN
                                           Assistant United States Attorney

**ORDER**

For the reasons set forth above, the January 29, 2015 detention hearing is VACATED. Mr. Porter will next appear before Judge Armstrong on February 11, 2015 for initial appearance on the pending Form 12 petition.

IT IS SO ORDERED.

Date: January 28, 2015

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge