STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0097 SBA |
| ) | |
| Plaintiff, ) | STIPULATION RESETTING DATE FOR |
| ) | ADMISSION/DISPOSITION OF |
| vs. ) | SUPERVISED RELEASE VIOLATION |
| ) | CHARGES |
| JODIAH PORTER, ) | |
| ) | Date:  February 11, 2015 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Court: Hon. Saundra Brown Armstrong |

This matter is currently scheduled on February 11, 2015 at 10:00 a.m. for initial appearance on a petition alleging violations of the terms of supervised release. The defense is engaged in ongoing investigation into the circumstances surrounding the alleged violation conduct. The parties and United States Probation will be discussing the matter to determine whether an agreement about a joint recommendation regarding a sentence for the violation conduct can be reached. Additional time is needed for these purposes – the parties will not be prepared to go forward with admission and disposition on February 11, 2015. Accordingly, the

//

parties request that the matter be rescheduled for admission/disposition of supervised release violation charges on March 11, 2015 at 10:00 a.m.

Date:   February 3, 2015          /s/ Ned Smock
                                  NED SMOCK
                                  Assistant Federal Public Defender

Date:   February 3, 2015          /s/ Thomas Green
                                  THOMAS GREEN
                                  Assistant United States Attorney

**ORDER**

For the reasons set forth above, the February 11, 2015 initial appearance is VACATED. Mr. Porter will next appear before this Court on March 11, 2015 at 10:00 a.m. for admission/disposition of supervised release violation charges.

IT IS SO ORDERED.

Date: February 4, 2015

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge